Reported in full in 11 Abb. Pr. N. S. 416.

JOSIAH A. WALLER *v.* JOHN THOMAS *et al.*
(*Decided in February*, 1872.)

The complaint in an action for rent against the individual members of a club composed of more than seven persons, alleged that the defendants were members of and partners in said club at the time of the letting in question; that the lease was made to three of the members in pursuance of the authority and direction of said club, and for its use; that the members of said club subsequently ratified said lease, and entered into possession of and occupied said premises for a certain time, and had paid various sums on account of the rent thereof, leaving due a balance for which judgment was asked.

*Held*, on demurrer, 1. That the complaint contained facts sufficient to hold the defendants liable as assignees of the lease, and did not show any facts which made the club such an association as is intended by Laws of 1851, p. 838, c. 455, extending to them the provisions of Laws of 1849, p. 389, c. 258, in relation to joint stock companies, as amended by Laws of 1853, c. 153.

2. That even if the association came within the act of 1851, yet the suit might still be brought against the individual members of the club, since the act of 1853, compelling suits in the first instance to be brought against the president, &c., did not affect the act of 1851.

APPEAL by plaintiff from an order at special term sustaining a demurrer to the complaint.

*John J. Macklin*, for appellant.

*A. J. Requier*, for respondents.

Opinion of the court* by ROBINSON, J.

Order reversed.

Reported in full in 42 How. Pr. 337.